UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| IN RE: Brian Schatz ) | Chapter 13 |
| ) | Case No. 16-31208 (AMN) |
| Debtor(s) ) | November 28, 2017 |

OBJECTION TO CONFIRMATION

Roberta Napolitano, Chapter 13 Standing Trustee, (Trustee) objects to confirmation of the Fifth Amended Plan (ECF 114)(Plan) of the Debtor herein.

The Debtor has failed to make payments to the Trustee pursuant to 11 USC 1326(a)(1). The Debtor has made certain payments in amounts varying from those required and is in arrears in the amount of $9,013.55. The Debtor has made payments in the amount of $30,600.00 Given the failure to make payments it appears that the Debtors will be unable to comply with 11 USC 1325(a)(6) by making all payments and complying with the plan.

The Trustee notes that the Plan includes attorney fees of $3,500.00 to be paid in the Plan, which is at variance with the pending application for compensation. The Trustee believes that the figure included in the Plan is the more reasonable.

The Trustee believes that an accurate figure for the tax component of the City of New Haven tax claims is $23,298.04. The Trustee believes that the accurate figure for the interest and fee component of the tax claim is $30,138.36.

A proof of claim was filed on November 27, 2017 by the Regional Water Authority. The Debtor has neither objected to or included the claim.

Assuming that the Debtor files an amended Plan the Trustee believes that a Plan could be funded with a monthly payment of $1,938.41 a month, including the claim of the Regional Water Authority.

        Roberta Napolitano
        Chapter 13 Standing Trustee

        /s/Patrick Crook_____
        By Patrick Crook
        Staff Attorney
        Roberta Napolitano, Esq.
        Chapter 13 Standing Trustee
        Federal Bar No.: CT07670
        10 Columbus Blvd., 6th Floor
        Hartford, Connecticut 06106
        Tel: 860-278-9410, ext. 130
        Fax: 860-527-6185
        pcrook@ch13rn.com

CERTIFICATION OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004 the undersigned certifies that on the 28th day of November 2017 the following documents were served on the United States Trustee and all appearing parties via the court's electronic filing system and by first class mail on the parties listed below:

Documents Served:

Objection to Confirmation

Parties Served via first class mail

**Brian A. Schatz**
74 Anthony Street
New Haven, CT 06515


      \_\_\_/s/Patrick Crook\_\_\_
      Patrick Crook

2