UNITED STATES BANKRUPTCY COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| BRIAN A. SCHATZ | : | CASE NO. 16-31208 |
| Debtor | : | NOVEMBER 30, 2017 |

**OBJECTION TO CONFIRMATION OF PLAN**

The Creditor, GREATER NEW HAVEN WATER POLLUTION CONTROL AUTHORITY, hereby objects to confirmation of the Debtor's Fifth Amended Chapter 13 Plan dated September 18, 2017 (the "Plan") in connection with the above referenced matter for the following reasons:

1. Upon information and belief the Plan does not pay the total arrearages due and owing Movant;

2. The Plan does not adequately provide for the Debtor's continuing regular obligations to the Movant;

3. Upon information and belief, the Debtor has failed to stay current on his post-petition obligations due the Movant;

4. Upon information and belief, the Movant does not believe in good faith that the Plan is feasible or that the Debtor will be able to comply with his proposed Plan.

5. Movant further reserves its right to object to confirmation should it appear that the water and sewer use charges and obligation are not post-petition current, that the Plan was not filed in good faith, the Plan is not feasible or the Plan does not include post-petition bankruptcy fees and costs incurred by the Movant;

6. The Movant further reserves its right under the confirmation order to proceed forward with a Request for Relief from Stay post confirmation should it find that additional pre-petition funds are due and owing. Said reservation of rights shall remain in full force and effect during the post confirmation period regardless of whether the instant objection to claim is withdrawn or marked off.

WHEREFORE, the movant prays that confirmation of the Debtor's Plan be denied.

                THE MOVANT, GREATER NEW HAVEN
                WATER POLLUTION CONTROL AUTHORITY

By: /s/ Benjamin Connor      .
     BENJAMIN CONNOR, ESQ.
     Law Office of Christine J. Ciociola
     150 West Main Street
     Branford, Connecticut 06405
     Tel. 203-483-1773
     Fax. 203-488-4929
     Federal Bar #ct29643

## CERTIFICATION

I hereby certify that on November 30, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to:

Brian A. Schatz
74 Anthony Street
New Haven, CT 06515

Patrick M. Fryer
Palumbo & DeLaura LLC
528 Chapel Street
New Haven, CT 06511

Andrea Anderson
Law Offices of Andrea Anderson LLC
516 Ellsworth Avenue
New Haven, CT 06511
(Counsel for Debtor)

Roberta Napolitato, Esq.
10 Columbus Boulevard
Hartford, CT 06106
(Trustee)

Hunt Leibert Jacobson, PC
50 Weston Street
Hartford, CT 06120

Witherspoon Law Offices
790 Farmington Avenue
Farmington, CT 06032

Bendett & McHugh, PC
270 Farmington Avenue
Farmington, CT 06032

John J. Esposito, Jr.
Law Offices of Esposito & Annunziata
373 Humphrey Street
New Haven, CT 06511

By: /s/ Benjamin Connor
BENJAMIN CONNOR, ESQ.
Federal Bar #ct29643