# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
December 11, 2017

In re:

　　Brian A. Schatz

　　　　　　　　　　Debtor*

Case Number: 16–31208 amn
Chapter: 13

### ORDER DENYING CONFIRMATION OF FIFTH AMENDED CHAPTER 13 PLAN WITH LEAVE TO AMEND

　　A hearing on confirmation of the above−named Debtor's Fifth Amended Chapter 13 Plan (the "Plan", ECF No. 114), was held on December 7, 2017.  At the confirmation hearing, it was determined that the Plan could not be confirmed.  Accordingly, it is hereby

　　**ORDERED:** Confirmation of the Plan is **DENIED**; and it is further

　　**ORDERED:** The Debtor is granted leave to amend the Plan and shall file the Sixth Amended Chapter 13 Plan on or before January 26, 2018; and it is further

　　**ORDERED:** If on or before January 26, 2018, the Debtor fails to file the Sixth Amended Chapter 13 Plan or fails to obtain an extension of time to file the Sixth Amended Chapter 13 Plan, the Debtor's Chapter 13 case shall be dismissed.

Dated: December 11, 2017

BY THE COURT

*Ann M. Nevins*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773–2009
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 151 – pe

*For the purposes of this order, "Debtor" means "Debtors" where applicable.