# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
January 30, 2018

In re:

    Brian A. Schatz

                      Debtor*

Case Number: 16–31208 amn
Chapter: 13

**ORDER DISMISSING CASE UNDER CHAPTER 13 FOR FAILURE TO FILE AMENDED PLAN**

    On December 11, 2017, an Order Denying Confirmation of Chapter 13 Plan with Leave to Amend was entered in this case (the "Order Denying Confirmation of Chapter 13 Plan with Leave to Amend", ECF No. 121). The Order Denying Confirmation with Leave to Amend provided in part that if, on or before January 26, 2018, the Debtor fails to file a Sixth Amended Chapter 13 Plan, or fails to obtain an extension of time to do so, the Debtor's Chapter 13 case shall be dismissed.

    The Debtor did not file a Sixth Amended Chapter 13 plan on or before January 26, 2018, and did not obtain an extension of time to do so. Accordingly, it is hereby

    **ORDERED:** The Debtor's case is **DISMISSED** pursuant to 11 U.S.C. § 1307(c)(3); and it is further

    **ORDERED:** The Chapter 13 Trustee is directed to submit a Final Report and Account within (60) sixty days from the date of this order; and it is further

    **ORDERED:** That the court retains jurisdiction to consider the allowance of compensation pursuant to 11 U.S.C. section 330.

Dated: January 30, 2018

BY THE COURT

*Ann M. Nevins*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773–2009
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 182 –

*For the purposes of this order, "Debtor" means "Debtors" where applicable.